UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 1:20-CR-00066 |
| VERSUS | DISTRICT JUDGE DRELL |
| ARCHIE LOUIS CARTER, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Isiah Charles Jones's Motion to Suppress Evidence and Requesting an Evidentiary Hearing (ECF No. 65) is DENIED.

IT IS ORDERED that Archie Louis Carter's two Motions to Suppress Evidence and Requesting an Evidentiary Hearing (ECF Nos. 66, 67) are also DENIED.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana on this 22 day of _June_, 2022.

_____
DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT